CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-mj-70461-MAG |
| Plaintiff, | **ORDER TO DETAIN DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)** |
| v. | |
| MARIO CISNEROS-BARON, | Hon. Thomas S. Hixson |
| Defendant. | |

Defendant MARIO CISNEROS-BARON is charged, by Complaint, with one count of Illegal Reentry Following Removal, in violation of 8 U.S.C. § 1326(a).

This court held a detention hearing on June 17, 2026. The defendant was present and represented by Assistant Federal Public Defender Dan Blank. Assistant United States Attorney Wendy Garbers appeared for the government. The government moved for detention under 18 U.S.C. §§ 3142(f)(2) and 3142(d), and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the government failed to make a sufficient proffer under § 3142(f)(2). Accordingly, the government is not entitled to move for the defendant's pretrial detention. The

[PROPOSED] TEMPORARY DETENTION ORDER        1
No. 26-mj-70461-MAG

government did, however, satisfy its lesser (as to flight risk) and different (as to danger) burden under § 3142(d).  Accordingly, the Court orders that defendant be temporarily detained through June 26, 2026, to permit ICE to take defendant into custody.  If the defendant is not taken into custody by ICE by June 26, 2026, the defendant will be returned to this Court for a status conference on June 26, 2026, at 11:00, on the duty calendar to be released on conditions.

IT IS SO ORDERED.

DATED: June 17, 2026

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge